**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TYLER JORDAN TORRES, | ) Case No. CV 17-4533-PA (JPR) |
| Petitioner, | ) |
| v. | ) ORDER ACCEPTING FINDINGS AND ) RECOMMENDATIONS OF U.S. ) MAGISTRATE JUDGE |
| CYNTHIA TAMPKINS, Warden, | ) |
| Respondent. | ) |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the First Amended Petition, records on file, and Report and Recommendation of U.S. Magistrate Judge. No objections to the Report and Recommendation have been filed. The Court accepts the findings and recommendations of the Magistrate Judge.

IT THEREFORE IS ORDERED that the First Amended Petition be dismissed with prejudice and Judgment be entered dismissing this action.

DATED: July 16, 2019

_____
PERCY ANDERSON
United States DISTRICT JUDGE