**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TYLER JORDAN TORRES,<br><br>   Petitioner,<br><br>   v.<br><br>CYNTHIA TAMPKINS, Warden,<br><br>   Respondent. | Case No. CV 17-4533-PA (JPR)<br><br>**J U D G M E N T** |

Pursuant to the Order Accepting Findings and Recommendations of U.S. Magistrate Judge,

IT IS HEREBY ADJUDGED that the First Amended Petition is denied and this action is dismissed with prejudice.

DATED: July 16, 2019

_____
PERCY ANDERSON
United States DISTRICT JUDGE